DAVID D. FISCHER (SBN 224900)
ATTORNEY AT LAW
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
WILLIAM LAVY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LAVY<br><br>    Defendant | No. 2:10-cr-420 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: January 24, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, together with David Fischer, attorney for defendant William that the previously-scheduled status conference date of December 13, 2011, be vacated and that the matter be set for status conference on January 24, 2012, at 9:30 a.m.

Counsel have conferred, this continuance is requested to allow defense counsel additional time to prepare. Mr. Lavy has medical issues that require surgical repair. Dates for surgery are in the process of being scheduled. In addition, the defense is conducting additional investigation relevant to a resolution of this matter. Lastly, the defense has made a recent request for some additional discovery from the Government and the additional discovery is

1

PDF created with pdfFactory trial version www.pdffactory.com

forthcoming. The defense requests additional time to review these new materials, conduct additional investigation, and adequately address Mr. Lavy's medical issues.

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, December 8, 2011, to and including January 24, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 6, 2011 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
WILLIAM LAVY

Dated: December 6, 2011 U.S. ATTORNEY

by: /s/ David D. Fischer for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

### [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

PDF created with pdfFactory trial version www.pdffactory.com

The Court orders that the time from the date of the parties' stipulation, December 6, 2011, to and including January 24, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare. It is further ordered that the December 13, 2011, status conference shall be continued until January 24, 2012 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: 12/7/2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com