DAVID D. FISCHER (SBN 224900)
ATTORNEY AT LAW
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
WILLIAM LAVY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-420 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| WILLIAM LAVY | Date: March 27, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |
| Defendant | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, together with David Fischer, attorney for defendant William Lavy that the previously-scheduled status conference date of January 24, 2012, be vacated and that the matter be set for status conference on March 27, 2012, at 9:30 a.m.

Counsel have conferred, this continuance is requested to allow defense counsel additional time to prepare. Mr. Lavy continues to have medical issues that require surgical intervention. His next surgery is scheduled for February 8, 2012, and he has been referred to a different surgeon for a possible second surgery in 2012. In addition, the defense is conducting additional investigation relevant to a resolution of this matter. Lastly, the defense has recently received some additional discovery from the Government and needs additional time to review it.

1

PDF created with pdfFactory trial version www.pdffactory.com

The defense requests additional time to review these new materials, conduct additional investigation, and adequately address Mr. Lavy's medical issues.

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 20, 2012, to and including March 27, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 20, 2012      /s/ David D. Fischer
                              DAVID D. FISCHER
                              Attorney for Defendant
                              WILLIAM LAVY

Dated: January 20, 2012      U.S. ATTORNEY

                        by:   /s/ David D. Fischer for
                              MICHAEL ANDERSON
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

PDF created with pdfFactory trial version www.pdffactory.com

The Court orders that the time from the date of the parties' stipulation, January 20, 2012, to and including March 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare. It is further ordered that the January 24, 2012, status conference shall be continued until March 27, 2012 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: 1/23/2012 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com