DAVID D. FISCHER (SBN 224900)
ATTORNEY AT LAW
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
WILLIAM LAVY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LAVY<br><br>Defendant | No. 2:10-cr-420 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: August 21, 2012<br>Time: 9:45 a.m.<br>Judge: Honorable John A. Mendez |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael Anderson, Assistant United States Attorney, attorney for plaintiff, together with David Fischer, attorney for defendant William Lavy that the previously-scheduled status conference date of June 12, 2012, be vacated and that the matter be set for status conference on August 21, 2012, at 9:45 a.m.

    Counsel have conferred, this continuance is requested to Mr. Lavy to continue to receive medical treatment and to allow defense counsel additional time to prepare. Mr. Lavy's next surgery has been scheduled for June 27, 2012. His various medical problems have hindered the defense's ability to prepare for the case.

    Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial

1

PDF created with pdfFactory trial version www.pdffactory.com

and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, June 6, 2012, to and including August 21, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 6, 2012  /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
WILLIAM LAVY

Dated:  June 6, 2012  U.S. ATTORNEY

by:  /s/ David D. Fischer for
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 6, 2012, to and including August 21, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare.  It is further

2

PDF created with pdfFactory trial version www.pdffactory.com

ordered that the June 12, 2012, status conference shall be continued until August 21, 2012, at 9:45 a.m.

**IT IS SO ORDERED**.

Dated: 6/7/2012 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com